```
                    IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE
```

*CRIMINAL MINUTES:  INITIAL APPEARANCE and ARRAIGNMENT*

USA v    LINSEY JO HYATT

Case No 2:19-CR-96    Date July 15, 2019    Time 4:41-4:49 P.M.
            **Hon. CLIFTON CORKER, Magistrate Judge, Presiding**

| KIM OTTINGER | DCR | THOMAS MCCAULEY |
|---|---|---|
| Deputy Clerk | Tape No/Court Reporter | Asst. U. S. Attorney |

===================================================================
         DEFENDANT                              ATTORNEY

LINSEY JO HYATT                            CURT COLLINS

**PROCEEDINGS:**

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of redacted indictment provided to defendant or counsel by AUSA)

Financial affidavit executed with Counsel present and appointed

Plea of not guilty to all charges

Oral motion by USA for detention

Detention Hearing  waived without prejudice

Defendant remanded to custody of U.S. Marshal

Orders to enter

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-19-CR-96-8_20190715_161146