# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *SCHEDULING CONFERENCE*

USA vs **Woodie et al**   Date: January 23, 2020

Case No. **2:19-CR-96**   Time 2:10 to 2:24

======================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

======================================================================

| Defendant | Attorney | Defendant | Attorney | Defendant | Attorney | Defendant | Attorney |
|---|---|---|---|---|---|---|---|
| William Woodie (1) | *Barry Andrew Glenn | Hailey Hale (2) | **Wayne Stambaugh** | Melissa Daughtery (4) | *Marsha Arnurius | Anthony Smith (5) | *Jerry Laughlin |
| Tiffany Cross (6) | Sandra Jelovsek Not Present | John Hyatt Jr. (7) | *Bryce McKenzie | Linsey Hyatt (8) | *Curt Collins | Ronald Black (9) | *David Leonard |
| Joseph Harrison (10) | Dan Smith Not Present | James Malone (11) | Ilya Berenshteyn Not Present | Travis Glover (12) | *Mark Hanor | Cassidy Horton (13) | *Nikki Himebaugh |
| David Ashby (14) | *Jerry Fabus | Earl McCoy Jr. (15) | *Charles Bledsoe | Joshua Hall (16) | *Casey Sears | William Howard (17) | *Kimberly Parton |
| Craig Collins (18) | *Jefferson Fairchild | Matthew Phillips (19) | **Eric Reach** | Chasity Brunette (20) | *Douglas Payne | Shawn Kendrick (21) | **Jonathan Cave** |
| Joshua Mitchell (22) | *Jim Williams | Kevin Leon Davis (23) | *Aaron Chapman | Jonathan Ratliff (24) | Donald Spurrell Not Present | Carl Blankenship (25) | *Francis Lloyd |
| Ronald Cantrell Jr. (26) | **Timothy Hudson** | Jessica Leonard (27) | **Jessica McAfee** | Brandon Otey (28) | Tim S. Moore Not present | Teresa Smith (29) | Donna Bolton Not Present |
| | | Lauren Smith (30) | **Scott Saidak** | Joshua Carreon (31) | **J. Russell Pryor** | | |

**PROCEEDINGS:**

Dates selected for scheduling as follows: Oral Motion by Charles Bledsoe to continue outside of speedy trial deadline adopted by all other counsel present except for Casey Sears on behalf of Joshua Hall and granted.

Jury Trial **6/9/2020 at 9:00 a.m.**
before the Honorable J. Ronnie Greer

Estimated length of trial 5 **DAYS**

Motion cut-off 4/17/20

Response deadline 5/1/20

Plea Bargain cut-off 5/26/2020

☑ Order to enter:

Defendant's presence not required   *Defense attorney appeared by Phone

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-CR-96_20200123_135731