UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. **2:19-CR-96** |
| ) | |
| **LINSEY HYATT, et al,** ) | |
| ) | |
| *Defendant.* ) | |

## MOTION TO CANCEL DETENTION HEARING

**COMES NOW** the Defendant, Linsey Hyatt, by and through undersigned counsel and respectfully requests this Honorable Court to cancel and remove from the Court's docket the currently scheduled detention hearing for April 27, 2020 at 9:00 a.m. The Defendant requests the right to request a detention hearing in the future if necessary.

*Respectfully Submitted*,

*/s/ Curt Collins*
_____
CURT COLLINS, BPR No. 030111
**COLLINS SHIPLEY, PLLC**
102 S. Main Street
Greeneville, TN 37743
Phone: (423) 972-4388
Fax: (423) 972-4387
Email: curt@collinsshipley.com
*Attorney for Ms. Hyatt*

### CERTIFICATE OF SERVICE

I, Curt Collins, hereby certify that a true and exact copy of the preceding Motion to Cancel Detention Hearing was served via CM/ECF on all parties entitled on the 20th day of April, 2020.

*/s/ Curt Collins*
_____
CURT COLLINS