## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Change of Plea

USA v **LINSEY JO HYATT**　　　　　　　　　Date: 09/14/20

Case No. **CR-2-19-96(8)**　　　　　　　Time 10:30 a.m. To 11:10 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Curt Collins | Tom McCauley |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s) **1** - Accepted

Plea Agreement filed on **08/26/20 [Doc. 429]**

Remaining Counts to be dismissed at time of sentencing

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement

**SENTENCING DATE:** February 1, 2021 @ 3:00 p.m.　Before Honorable J. Ronnie Greer